UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DUNG TUAN TRAN,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　CR06-217RSL<br>)<br>)　Minute Order<br>)<br>)<br>)<br>)<br>) |

　　　The following Minute Order is made by direction of the Court, The Honorable Philip K. Sweigert, United States Magistrate Judge:

　　　Defendant's bond conditions are modified to DELETE electronic monitoring. All other conditions remain as previously ordered. Defendant is to comply with all conditions as previously ordered.

　　　Dated this 10th    day of July, 2006


　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk

　　　　　　　　　　　　　　　　　　　　By s/ JUDITH A. NOTHERN
　　　　　　　　　　　　　　　　　　　　Deputy Clerk